**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  D.M.W., A MINOR       : No. 169 MAL 2014
                                            :
                                            :

PETITION OF:  D.M.W., A MINOR     : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.